IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH DIXON, | No. C-15-3298 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT AND FIRST AMENDED COMPLAINT** |
| v. | |
| MONTEREY FINANCIAL SERVICES, INC., | |
| Defendant. | |

On October 26, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed July 16, 2015, and the First Amended Complaint, filed September 10, 2015.

**IT IS SO ORDERED.**

Dated: November 4, 2015

MAXINE M. CHESNEY
United States District Judge