<u>**CIVIL PRETRIAL MINUTES**</u>

**Judge MAXINE M. CHESNEY**

Date: <u>**December 11, 2015**</u>

<u>**C - 15  - 3298 - MMC**</u>

<u>**Edith Dixon**</u>                            v            <u>**Monterey Financial Services, Inc.**</u>

Attorneys:    <u>Meghan George</u>                <u>Dennis Ward</u>


Deputy Clerk: **<u>Tracy Lucero</u>**                    Court Reporter:  <u>**Not Reported**</u>


                                                                    Initial

( ) Status Conference        (  ) P/T Conference        (X) Case Management Conference
                                                                               **<u>(By Phone)</u>**

<u>**ORDERED DURING HEARING:**</u>

Deadline to amend pleadings is March 31, 2016. Deadline to file class certification motion is May 6, 2016. Dispositive motion filing deadline is December 16,  2016. Meet and confer deadline is January 30, 2017. Joint status conference statement due by December 2, 2016.


(X) Case previously referred to Private Mediation - deadline to be completed extended additional 60 days.

(X) CASE CONTINUED TO <u>December 9, 2016 at 10:30 a.m.</u>  for <u>Further Status Conference (by phone)</u>

Discovery Cut-Off   <u>October 3, 2016</u>

Plaintiff/Defendant to Name Experts by   <u>October 24, 2016</u>

Plaintiff/ Defendant to Name Rebuttal Experts by <u>November 11, 2016</u>

Expert Discovery Cut-Off   <u>December 2, 2016</u>

Pretrial Conference Date   <u>March 7, 2017   at 3:00 p.m.</u>

Trial Date   <u>March 20, 2017   at 9:00 a.m.</u>    Set for 2 to 3 days
Type of Trial:   (X)Jury      ( )Court


(12 minutes)