BRENDAN H. LITTLE (NYSBN 4874517)
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone:  (716) 853-5100
Facsimile:  (716) 853-5199
Email:  blittle@lippes.com

*Pro Hac Vice* Attorney for Defendant
MONTEREY FINANCIAL SERVICES, INC.

DENNIS J. WARD (SBN 78493)
**ROPERS, MAJESKI, KOHN & BENTLEY**
50 West San Fernando Street, Suite 1400
San Jose, California 95113
Los Angeles, California 90071-1619
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
Email:     dennis.ward@rmkb.com

Attorneys for Defendant
MONTEREY FINANCIAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDITH DIXON, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONTEREY FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO.  3:15-CV-03298-LB<br><br>**Hon. Maxine M. Chesney**<br>**Courtroom 7**<br><br>**DECLARATION OF BRENDAN H. LITTLE, ESQ. IN SUPPORT OF DEFENDANT MONTEREY FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**<br><br>[Rule 56 and Rules 23(c)(1)(A), 23(d)(1)(D)]<br><br>**DATE:** June 24, 2016<br>**TIME:** 9:00 a.m.<br>**CTRM:** 7 |

- 1 -

**DECLARATION OF BRENDAN H. LITTLE, ESQ. IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT OR TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**

## DECLARATION OF SHAUN LUCAS

1. I am the outside counsel of record for Defendant Monterey Financial Services, Inc. in the above matter.

2. I submit this declaration in support of Monterey's motion for summary judgment pursuant to Fed. R. Civ. P. 56.

3. A true and correct copy of Plaintiff's Response to Defendant's First Set of Interrogatories is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 13, 2016

*/s/ Brendan H. Little*
Brendan H. Little, Esq.