Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDITH DIXON ) | Case No. 3:15-cv-03298-LB |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S RESPONSE TO** |
| ) | **DEFENDANT'S INTERROGATORIES,** |
| vs. ) | **SET ONE** |
| ) | |
| MONTEREY FINANCIAL SERVICES, INC.,) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PROPOUNDING PARTY: DEFENDANT MONTEREY FINANCIAL SERVICES, INC.,**

**RESPONDING PARTY:   PLAINTIFF EDITH DIXON**

**SET NUMBER:              ONE**

TO DEFENDANT MONTEREY FINANCIAL SERVICES, INC. AND ITS ATTORNEYS OF RECORD:

   Plaintiff, EDITH DIXON ("Plaintiff"), by and through her attorneys, the Law Offices of Todd M. Friedman, P.C., hereby responds as follows, pursuant to *Fed. R. Civ. P.* 33, to MONTEREY FINANCIAL SERVICES, INC.'s ("Defendant") Interrogatories, Set One,

PRELIMINARY STATEMENT

   These responses are made solely for the purpose of this action.  Plaintiff has not completed her investigation or discovery, and the responses set forth below are complete to the extent possible based on information reasonably available at this time.  Plaintiff reserves the right to

amend or supplement this response based on subsequently discovered information and documents which may prove to be responsive to Defendant's request.

Each response is made subject to all objections as to competence, materiality, relevance or other objection as to admissibility that may apply in the event that any such response, or the information contained therein, is sought to be used in court. In responding to these interrogatories Plaintiff expressly reserves all such objections including:

(a) All questions and objections as to competency, relevancy, materiality, privilege admissibility as evidence for any purpose in any subsequent proceeding in, or the hearing of this action, of any of these answers or the subject matter thereof;

(b) The right to object to the use of any of said answers, or the subject matter thereof, in any subsequent proceeding, in or the hearing of this action, on any grounds;

(c) The right to object on any grounds or at any time to demand for further response to these or other discovery documents or other discovery procedures involved or related to the subject matter of the special interrogatories herein answered; and

(d) The right at any time, to revise, correct, add to or clarify any of said answers propounded herein.

RESPONSE TO INTERROGATORIES

INTERROGATORY NO. 1:

Please identify the person or persons answering these interrogatories. Further, please identify all other persons providing information responsive to these interrogatories, including their title and work and home residence (no home residence is required for counsel for Plaintiff).

RESPONSE TO INTERROGATORY NO. 1:

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive.

Subject to and without waiving said objections, Plaintiff responds as follows: Plaintiff identifies herself, Edith Dixon, 17155 Hesperian Blvd. Apt 115, San Lorenzo CA 94580. No other person provided information responsive to these interrogatories directed at Plaintiff.

Plaintiff was assisted in preparing the interrogatories by: Todd Friedman, Esq., Law Offices of Todd M. Friedman, P.C., 324 S. Beverly Dr., #725, Beverly Hills, CA 90212; Thomas Wheeler, Law Clerk at the Law Offices of Todd M. Friedman, 245 Fischer Avenue, Costa Mesa, CA 92626. Investigation continues.

INTERROGATORY NO. 2:

Please identify each every cellular telephone number that Dixon contends MFS contacted. In doing so, please identify the company who provided the cellular service, i.e. Verizon, Sprint, to the Plaintiff for each cellular telephone number provided.

RESPONSE TO INTERROGATORY NO. 2:

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive. Subject to and without waiving said objections, Plaintiff responds as follows: Defendants contacted Plaintiff on her cellular telephone number (510) 469-1147. The company providing the cellular service is Sprint.

INTERROGATORY NO. 3:

Please identify the date(s), the time(s) and the individual(s) Dixon spoke with at MFS wherein she purportedly asked MFS to cease calling her on her cellular phone as alleged in Paragraph 8 of the Amended Complaint and whether the Plaintiff or her agent/representative recorded the conversation(s) by video or audio.

RESPONSE TO INTERROGATORY NO. 3:

PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive. Further, this interrogatory calls for information already available to Defendant or equally available to Defendant. Subject to these objections, Plaintiff states: Plaintiff cannot recall with exact specificity the call, but believes she revoked consent on or about September or October 2014. Plaintiff cannot specifically recall the individual at MFS she spoke with and did not record the conversation by video or audio. Plaintiff has sent a subpoena to Sprint for the phone records of (510) 469-1147 that may shed light on this question. Investigation continues.

Dated: February 26, 2016                    Law Offices of Todd M. Friedman, P.C.

                                            _____
                                            Todd M. Friedman, Attorney for
                                            Plaintiff, EDITH DIXON

PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE

Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EDITH DIXON ) Case No. 3:15-cv-03298-LB
)
Plaintiff, ) **VERIFICATION**
)
vs. )
)
MONTEREY FINANCIAL SERVICES, INC.,)
)
Defendant. )
_____ )

I have read the foregoing document, **PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE** and know its contents.

I am a party to this action. The matters stated in the foregoing documents are true of my own knowledge except as to those matters which are stated on information and belief, and as those matters I believe them to be true.

Executed on _2-25_ 2016, at _San Lorenzo_, CALIFORNIA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
EDITH DIXON

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My Business Address is 369 S. Doheny Dr, #415, Beverly Hills, CA 90211.

On February 26, 2016, I served the following document(s) described as: **Plaintiff's Responses to Defendant's Interrogatories, Set One**, on all interested parties in this action by placing:

[x]   a true copy
[ ]   the original thereof enclosed in sealed envelope(s) addressed as follows:

Brendan H. Little
LIPPES MATHIAS WEXLER FRIEDMAN LLP
665 Main Street, Suite 300
Buffalo, NY 14203


[ ]   BY FACSIMILE – The facsimile machine used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), caused the machine to print a record of the transmission.

[X]   BY MAIL (1013 a, 2015.5 CCP)

[ ]   I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid.
[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 26, 2016, at Costa Mesa, California.

By: _____
Thomas Wheeler

PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE