IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH DIXON,

        Plaintiff,

  v.

MONTEREY FINANCIAL SERVICES, INC.,

        Defendant.

Case No. 15-cv-03298-MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO STRIKE**

Before the Court is defendant Monterey Financial Services, Inc.'s "Motion for Summary Judgment [and] to Strike Plaintiff's Class Allegations," filed May 13, 2016. Plaintiff Edith Dixon has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for determination on the parties' respective written submissions, and VACATES the hearing scheduled for June 24, 2016.[1]

    **IT IS SO ORDERED.**

Dated: June 17, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] In light thereof, defendant's "Motion on Consent to Appear Telephonically for Oral Argument on its Motion for Summary Judgment and Motion to Strike Plaintiff's Class Allegations," filed June 13, 2016, is hereby DENIED as moot. For future reference, defendant is advised that, although the Court may conduct case management conferences by telephone for good cause shown, the Court does not hear disputed motions telephonically.