Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
Thomas E. Wheeler (SBN 308789)
twheeler@toddflaw.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDITH DIXON, individually and on behalf of All others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MONTEREY FINANCIAL SERVICES, INC.,<br><br>        Defendant. | Case No. **3:15-cv-03298-MMC**<br><br>**NOTICE OF SETTLEMENT**<br><br>  AND ORDER THEREON |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 6th Day of October, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

ORDER

Plaintiff's request that all pending deadlines and hearings be vacated is hereby GRANTED, and all deadlines and dates, including the trial date, are hereby VACATED.
In the event a dismissal has not been filed by November 18, 2016, the parties shall, no later than that date, file a joint status report to apprise the Court of the status of the parties' settlement.

Dated: October 6, 2016

_____
United States District Judge